| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br><br>Ebed Aguilera<br>12732 Paramount<br>Downey Ca 90242<br>(310) 720-7697<br><br>ATTORNEYS FOR: | FILED<br><br>2010 NOV -5 PM 1:57<br><br>CLERK, U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY_____ |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal National Mortgage Association, its assignees and/or successors in interest<br>Plaintiff(s),<br>v.<br>Elizabeth Mendoza and Does 1-50 Inclusive<br>Defendant(s) | CASE NUMBER:<br><br>**CV10-08437-GAF (JCx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for ___Elizabeth Mendoza___
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Federal National Mortgage Association, its assignees +/or successors in interest | — Plaintiff |
| Elizabeth Mendoza and Does 1-50 inclusive | — Defendant |

___11/5/10___                ___Elizabeth Mendoza, Ebed Aguilera___
Date                          Sign

_____
Attorney of record for or party appearing in pro per

CV-30 (04/10)                NOTICE OF INTERESTED PARTIES